UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TIMOTHY DAILEADER, <br><br> Plaintiff, <br><br> - against - <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | **ORDER** <br><br> 22 Civ. 5408 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, the parties will submit letters by **February 26, 2023**. Both letters will indicate (1) whether there is an agreement among the parties as to potential amendment by Plaintiff to allege diversity jurisdiction; and (2) relatedly, whether the parties anticipate further motion practice on subject-matter jurisdiction, and if so, on what grounds. In addition, Plaintiff's letter will address whether Plaintiff intends to file a motion to retransfer.

Defendants' motion to consolidate (Dkt. No. 38) is DENIED as moot. The Clerk of Court is directed to terminate the motion.

Dated: New York, New York
      January 19, 2023

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge