UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY DAILEADER,

                Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY,

                Defendants.

**ORDER**

22 Civ. 5408 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The portion of the Court's January 19, 2023 Order (Dkt. No. 63) setting a schedule for the parties' submissions is vacated because it contains a typographical error.

        As stated on the record at the January 19, 2023 conference, the parties will submit letters by **January 26, 2023**. Both letters will indicate (1) whether there is an agreement among the parties as to potential amendment by Plaintiff to allege diversity jurisdiction; and (2) relatedly, whether the parties anticipate further motion practice on subject-matter jurisdiction, and if so, on what grounds. In addition, Plaintiff's letter will address whether Plaintiff intends to file a motion to retransfer.

Dated: New York, New York
       January 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge