UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY DAILEADER,<br><br>      Plaintiff,<br><br> - against -<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY,<br><br>      Defendants. | **ORDER**<br><br>22 Civ. 5408 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Syndicate 1861 issued an insurance policy to Oaktree Medical Centre, PC Pain Management Associates for the period August 22, 2018 to July 9, 2019, in exchange for a premium of $15,830.  (Syndicate 1861 Policy (Dkt. No. 15-2) at 3)  An endorsement with an effective date of July 9, 2019 extended coverage to January 9, 2020, in exchange for an "additional premium."  (Id. at 25)

    By **February 3, 2023,** the parties will make submissions addressing whether the premiums for (1) the Syndicate 1861 policy; and (2) the "extended coverage" referenced above, were in fact paid.  The parties' submissions will state (1) the amount of any premium payment and the date on which payment was made; and (2) indicate any outstanding balance due after the premium payment was made.  The parties' submissions will include exhibits to support

assertions made regarding payments, balances and relevant dates.

Dated: New York, New York
February 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge