UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY DAILEADER,

                Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY,

                Defendants.

**ORDER**

22 Civ. 5408 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record at today's hearing, the parties will make any supplemental submissions regarding Daileader's motion for a preliminary injunction by **February 15, 2023**.

Dated: New York, New York
        February 8, 2023

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge