UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY DAILEADER,

      Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY,

      Defendants.

**ORDER**

22 Civ. 5408 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the parties will submit a joint letter by **May 4, 2023** indicating whether any party will be seeking a stay in light of Daileader's pending appeal of the April 20, 2023 preliminary injunction order (Dkt. No. 86).

Dated: New York, New York
   May 2, 2023

           SO ORDERED.

           _____
           Paul G. Gardephe
           United States District Judge