UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

TIMOTHY DAILEADER,

                Plaintiff,

    - against -

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON – SYNDICATE 1861,
SUBSCRIBING TO POLICY NO.
ANV122398A; CRUM & FORSTER
SPECIALTY INSURANCE COMPANY;
CERTAIN UNDERWRITERS AT LLOYD'S
SUBSCRIBING TO POLICY NUMBER
DOH00746111; and STARSTONE
SPECIALTY INSURANCE COMPANY,

                Defendants.

**ORDER**

22 Civ. 5408 (PGG)

-----------------------------------------------------------------

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a conference in this matter on **Wednesday, January 3, 2023 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 18, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge