UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY DAILEADER,

                Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY,

                Defendants.

**ORDER**

22 Civ. 5408 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated at yesterday's conference, the stay in this matter will continue for an additional sixty days pending the issuance of an opinion from the United States Court of Appeals for the Second Circuit.

      If the Second Circuit has not issued an opinion by February 29, 2024, the parties will submit a joint proposed Civil Case Management Plan and Scheduling Order on that day.

Dated: New York, New York
       January 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge