1:22-cv-05408-PGG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 10 2024

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-four,

Timothy Daileader,

    Plaintiff - Appellant,

v.

Certain Underwriters at Lloyds London Syndicate 1861, Subscribing to Policy No. ANV122398A, Crum & Forster Specialty Insurance Company, Certain Underwriters at Lloyds, Subscribing to Policy Number, DOH00746111, StarStone Specialty Insurance Company,

    Defendants - Appellees.

STATEMENT OF COSTS

Docket No. 23-690

IT IS HEREBY ORDERED that costs are taxed in favor of Appellees Certain Underwriters at Lloyds London Syndicate 1861, Subscribing to Policy No. ANV122398A, in the amount of $239.00.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/10/2024