UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY DAILEADER,

                Plaintiff,

- against –

CERTAIN UNDERWRITERS AT LLOYD'S LONDON – SYNDICATE 1861, SUBSCRIBING TO POLICY NO. ANV122398A; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER DOH00746111; and STARSTONE SPECIALTY INSURANCE COMPANY,

                Defendants.

Civ. Action No. 1:22-CV-05408-PGG

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Timothy Daileader and Defendants Crum & Forster Specialty Insurance Company ("Crum & Forster"), Certain Underwriters at Lloyd's Subscribing to Policy Number DOH00746111 ("Underwriters"), and StarStone Specialty Insurance ("StarStone"), that the claims and causes of action contained in Plaintiff's Second Amended Complaint against Crum & Forster, Underwriters, and StarStone are voluntarily dismissed with prejudice without costs to any of the parties as against the others pursuant to F.R.C.P. 41(a)(1)(A)(i).

IT IS FURTHER STIPULATED AND AGREED that the claims and causes of action against Defendant Certain Underwriters at Lloyd's London – Syndicate 1861, Subscribing to Policy No. ANV122398A, remain in this action and are unaffected by this stipulation.

10

docs-100648394.2

Dated: January 2, 2024      **ANDERSON KILL P.C.**

By: _____
William G. Passannante, Esq.
Raymond A. Mascia Jr., Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Email: wpassannante@andersonkill.com
Email: rmascia@andersonkill.com

*Attorneys for Plaintiff Timothy Daileader*

Dated: January 2, 2024      **KAUFMAN BORGEEST & RYAN LLP**

By: _____
Scott A. Schechter, Esq.
Joshua DiLena, Esq.
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: (914) 449-1055
Email: sschechter@kbrlaw.com
Email: jdilena@kbrlaw.com

*Attorneys for Defendant Crum & Forster Specialty Insurance Company*

[Additional signatures follow on the next page.]

11

docs-100648394.2

Dated: January 2, 2024                WILSON ELSER MOSKOWITZ EDELMAN &
                                      DICKER

                                      By: /s/ Jonathan Meer
                                      Jonathan Meer, Esq.
                                      WILSON ELSER MOSKOWITZ EDELMAN &
                                      DICKER
                                      150 E 42nd Street
                                      New York, NY 10017
                                      Telephone: (212) 490-3000
                                      Email: jonathan.meer@wilsonelser.com

                                      *Attorneys for Defendant Certain Underwriters at
                                      Lloyd's Subscribing to Policy Number
                                      DOH00746111*


Dated: January 2, 2024                **COZEN O'CONNOR**

                                      By: /s/
                                      Rafael Rivera, Esq.
                                      Gary L. Gassman, Esq.
                                      COZEN O'CONNOR
                                      3 WTC
                                      175 Greenwich Street
                                      55th Floor
                                      New York, New York 10007
                                      Telephone: (212) 509-9400
                                      Email: rafaelrivera@cozen.com
                                      Email: ggassman@cozen.com

                                      *Attorneys for Defendant StarStone Specialty
                                      Insurance Company*

The Clerk of Court is directed not to close this case.

**SO ORDERED:**

/s/ Paul G. Gardephe
**Paul G. Gardephe, U.S.D.J.**
**Dated:** June 17, 2024

12

docs-100648394.2