**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIMOTHY DAILEADER,

                        Plaintiff,

        -against-

CERTAIN UNDERWITERS AT LLOYD'S LONDON—
SYNDICATE 1861, SUBSCRIBING TO POLICY NO.
ANV122398A,

                        Defendant.
-----------------------------------------------------------------X

Case No. 1:22-cv-05408-PGG

Hon. Paul G. Gardephe

**DEFENDANT'S NOTICE**
**OF MOTION FOR**
**SUMMARY JUDGMENT**

     **PLEASE TAKE NOTICE** that upon (1) the accompanying Memorandum of Law of Defendant Certain Underwriters at Lloyd's London—Syndicate 1861, Subscribing to Policy No. ANV122398A ("Syndicate 1861"); (2) the Declaration of Rafael Rivera, Jr. and accompanying exhibits; (3) Syndicate 1861's Local Rule 56.1 Statement of Material Facts; and (4) all the prior pleadings and proceedings herein, Syndicate 1861 will move this Court, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York before the Honorable Paul G. Gardephe, Courtroom 705, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Syndicate 1861, dismissing with prejudice the Second Amended Complaint filed against it by Plaintiff Timothy Daileader ("Plaintiff") and granting Syndicate 1861 any further and other relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated March 31, 2025, Plaintiff's answering papers are due by April 30, 2025, and Syndicate 1861's reply papers are due by May 9, 2025.

     **PLEASE TAKE FURTHER NOTICE** that Syndicate 1861 requests oral argument on this motion.

Dated: New York, New York
         April 15, 2025

                              Respectfully submitted,

                              COZEN O'CONNOR


                         By:   */s/ Rafael Rivera, Jr.*
                              Rafael Rivera, Jr.
                              Gary L. Gassman
                              Andrew S. Paliotta
                              COZEN O'CONNOR
                              3 WTC-175 Greenwich Street, 55th Fl.
                              New York, New York 10007
                              Telephone: (212) 509-9400
                              rafaelrivera@cozen.com
                              ggassman@cozen.com
                              APaliotta@cozen.com
                              *Attorneys for Defendant Certain*
                              *Underwriters at Lloyd's – Syndicate 1861,*
                              *Subscribing to Policy No. ANV122398A*


**TO**:  **ANDERSON KILL P.C.**
       William G. Passannante
       Raymond A. Mascia Jr.
       Ethan W. Middlebrooks
       Regan E. Samson
       1251 Avenue of the Americas
       New York, New York 10020
       Telephone: (212) 278-1000
       wpassannante@andersonkill.com
       rmascia@andersonkill.com
       emiddlebrooks@andersonkill.com
       rsamson@andersonkill.com

       *Attorneys for Plaintiff Timothy Daileader*

LEGAL\67681307\1